UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-53 |
| MOSHE ALTMAN | : | **ORDER** |

This matter having come before the Court by the application, brought by letter submitted October 20, 2011, by defendant MOSHE ALTMAN (by Richard Langweber, Esq., appearing) for an Order staying execution of the defendant's sentence; and the Court having considered the response filed by the Government on October 21, 2011; and the Court having considered the matter and the arguments raised by both parties;

IT IS ORDERED that the defendant's motion to stay execution of his sentence is DENIED.

HONORABLE JOSE L. LINARES
United States District Judge

10/21/2011