UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-53 |
| MOSHE ALTMAN | : | **ORDER** |

This matter having come before the Court by the application, brought by a letter submitted October 24, 2011 by defendant MOSHE ALTMAN acting <u>pro se</u> requesting that the Court further extend the defendant's date for surrender to the Bureau Prisons; and Paul J. Fishman, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing) having opposed defendant's application by letter of October 24, 2011; and the Court having considered the matter and the arguments raised by both parties;

IT IS ORDERED that the defendant's application for an Order extending his date of surrender is DENIED.

_____
HONORABLE JOSE L. LINARES
United States District Judge
10/25/11